JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALINE AVANESSIAN, | Case No. |
| Plaintiff, | 2:21-cv-06871 MWF (JCx) |
| vs. | |
| SEQUIUM ASSET SOLUTIONS, LLC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 Inclusive, | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE AS TO SEQUIUM ASSET SOLUTIONS, LLC ONLY** |
| Defendants. | |

Pursuant to the Stipulation between Plaintiff and Defendant Sequium Assest Solutions, LLC, IT IS ORDERED that this matter is dismissed as to Defendant SEQUIUM ASSEST SOLUTIONS, LLC *only* with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: March 22, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge